**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50452 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-01994-JLS |
| v. | |
| JAVIER GARCIA-GALINDO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted May 24, 2011[**]

Before:     PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Javier Garcia-Galindo appeals from the 63-month sentence imposed

following his guilty plea conviction for attempted reentry after deportation, in

violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and

we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Garcia-Galindo contends that the district court procedurally erred by failing to explain why it disagreed with his arguments for a downward variance under 18 U.S.C. § 3553(a). The record reflects that the district court considered Garcia-Galindo's arguments in mitigation, but found the circumstances insufficient to warrant a sentence below the Guidelines range. *See United States v. Stoterau*, 524 F.3d 988, 999-1000 (9th Cir. 2008). The district court provided an adequate explanation for the sentence imposed, and the sentence is procedurally sound. *See United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc). Moreover, the sentence at the low-end of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors, and under the totality of the circumstances. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**